UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:03-CR-067-JCM-PAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BOBBY LEE ALLEN | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#16), sentencing having been imposed on June 17, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $565,391.23

**Total Amount of Restitution ordered:** $565,391.23

Dated this 23rd day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE